December 20, 2002

**Mark McGaughan**  *FAX No. 301-657-3375*
AMEC
7101 Wisconsin Avenue, #1403
Bethesda, MD 20814

**RE: USCS / ICC - Acceleration Directive**

Dear Mark:

As requested by you and Jim Brogan of AMEC, please be advised of the following with respect to our acceleration claim:

1. **Overtime:** The 1440 hours for which you are requesting back up can be verified by the certified payrolls which is the data used to generate the charts which were included with our letter. An compiled copy of the 2001 certified payrolls, which were sent to you regularly during the course of the project will be sent to you under separate cover after the first of the year.

2. **Added Supervision:** The individual added was Lyndon Albery. He was actually added during part of the TFO work on the ICC side as provided for in the negotiations for that work. He is currently paid at $1.00 over scale, plus he gets company paid health insurance, and a company vehicle with the attendant expenses for that. He also gets paid vacation each year. His time can be verified from the certified payrolls.

3. **Inefficiency:** Our comparison using CC#2 as the measured mile is based on the following quantities establishing the correlation:

| Description | CC#2 TOTAL | CC#3 TOTAL | CC#2 % of TOTAL | CC#3 % of TOTAL |
|---|---|---|---|---|
| door leaves | 1554 | 1607 | 49.16% | 50.84% |
| glass & glazing | | | | |
| vision lite | 237 | 124 | 65.65% | 34.35% |
| transoms | 156 | 1 | 99.36% | 0.64% |
| HM borrowed lites | 6 | 2 | 75.00% | 25.00% |
| interior clerestory | 93 | 114 | 44.93% | 55.07% |
| round decorative windows | 7 | 6 | 53.85% | 46.15% |
| meeting room walls | 24 | 14 | 63.16% | 36.84% |
| AV projection windows | 2 | 0 | 100.00% | 0.00% |
| fire ext's and cabinets | 166 | 171 | 49.26% | 50.74% |
| traffic impact doors | 1 | 2 | 33.33% | 66.67% |
| projection screens | 7 | 1 | 87.50% | 12.50% |
| monitor arm | 2 | 0 | 100.00% | 0.00% |
| mail slot or package drop | 1 | 1 | 50.00% | 50.00% |
| pass-thru window | 1 | 0 | 100.00% | 0.00% |
| note that totals include TFO but not PTTFO | | | | |

**ROSH Construction, Inc.**

**Mark McGaughan**
AMEC                                                                    December 20, 2002
re: **USCS / ICC - Acceleration Directive**                                        page 2

Having established the correlation that CC#2 is the measured mile for CC#3 (in fact, CC#2 might be slightly greater) and by comparing the percentile labor costs of 37% and 44% for CC#2 and CC#3 respectively, the following calculation determines the value of the inefficiency.

| | |
|---|---:|
| straight time hours for 2001 | 21,680 |
| straight time of overtime hours for 2001 | 1,440 |
| less supervisors hours | (2,000) |
| net affected hours | 21,120 |
| | |
| previously established hourly rate | $60.00 |
| inefficiency factor [(44% - 37%) / 37%] = | 19% |
| inefficiency hourly rate | $11.40 |
| | |
| inefficiency hourly rate times net affected hours | $240,768 |

Accordingly, this should complete the information you require and it corresponds with the letters and attachments previously forwarded to you.

These amounts total over $400,000 and represents real costs incurred by us. To the extent that the government disallows your claim for the acceleration or a portion thereof, we reiterate our position that AMEC is responsible to ROSH for these added costs in that we did not delay or accelerate the job other than at your direction.

If you have any other requirements, please feel free to call. Also, please keep us advised as to the status of the overall claim.

Sincerely,
**ROSH Construction, Inc.**


Ron Shapiro, P.E.
President