## SETTLEMENT TERMS SHEET

This Settlement Terms Sheet is entered into between AMEC Construction Management, Inc. ("AMEC") and The General Services Administration ("GSA"), involving a resolution of all disputes on the project known as the ICC/CW/USCS project under Contract No. GS-11P-96MKC0015, except for CE 435.

1. Both AMEC and GSA have claims against each other on the referenced project, and have formally mediated their claims on December 21 and 22, 2005, March 16, 2006 and March 31, 2006, with the assistance and participation of The Honorable Martha DeGraff, as mediator.

2. During the same time period, the parties have also engaged in informal settlement negotiations.

3. Both the mediations and the informal settlement discussions have been conducted at arm's length and in good faith. Both AMEC and GSA have had the opportunity to present their positions, and there has been a full and complete opportunity for the parties to consider the positions of the other. Further, the mediator has been available to the parties for additional discussions and negotiations on an ongoing basis.

4. The GSA will pay to AMEC Six Million Seven Hundred Thousand Dollars ($6,700,000) in full and final resolution of all of AMEC's claims on the Project, including remission of liquidated damages, Two Million Three Hundred Thousand ($2,389,572) currently being held by GSA (the "Settlement Amount"), except for the CE 435 claim that will be litigated at the GSBCA.

5. Of the Settlement Amount, GSA apportions ($2,115,708) on the delay and acceleration claim as set forth in Schedule A. Schedule A will be made a part of any settlement agreement or contract modification between the parties. This allocation is based on, among other

things, audit of subcontractor claims, review by GSA legal counsel, and examination of subcontractor records and project documentation.

6. GSA will use its best efforts to issue a justification for this settlement as quickly as possible so as to facilitate prompt payment to the subcontractors listed in Schedule A. If payment is not made within 45 days of the date of GSA's settlement justification, interest will begin to accrue at the Treasury Rate on the Settlement Amount.

7. The GSA will issue contract modifications as necessary to effectuate this settlement. Specifically, GSA will issue a modification remitting all LDs.

8. The attorneys signing below have authority to bind their clients. Client signatures will be obtained promptly.

9. This Settlement Terms Sheet may be executed in counterparts.

_____
Dalton F. Phillips, Esq.
For GSA
March 31, 2006

_____
Barbara G. Werther
For AMBC Construction Management, Inc.
March 31, 2006

_____
Bonnie Echoles, Contracting Off'r
For GSA
Date: 4/6/06

_____
John U. Onuemba, Esq.
AMBC Construction Management, Inc.
Date: 4/5/06

- 2 -

## SCHEDULE A

| | |
|---|---|
| Kirlin | $514,900 |
| Lorton | $ 99,197 |
| Rosh | $109,071 |
| Calvert | $ 23,540 |
| NFP | $148,419 |
| CEI | $ 37,260 |
| C&A | $ 10,631 |
| SECO | $366,135 |
| KCI | $ 6,505 |
| CJC | $219,175 |
| SIW | $ 30,556 |
| BPI | $550,319 |

**Apportionment of GSA Settlement**

Punchlist calculation

| | Submitted | Settled | Attorney | | Total |
|---|---|---|---|---|---|
| BPI | $485,262 | $485,261.00 | $301,280.77 | $21,734 | $279,547.27 |
| C&A | $102,588 | $102,588.00 | $63,693.13 | $4,595 | $59,098.50 |
| SECO | $87,547 | $84,485.00 | $52,453.64 | $3,784 | $48,669.79 |
| CJC | $180,294 | $180,294.00 | $111,937.94 | $8,075 | $103,863.07 |
| CSS | $106,849 | $82,397.00 | $51,157.28 | $3,690 | $47,466.94 |
| KCI | $41,473 | $45,620.00 | $28,323.79 | $2,043 | $26,280.59 |
| JJK | $108,980 | $108,981.00 | $67,662.31 | $4,881 | $62,781.35 |
| Lorton | $228,979 | $228,979.00 | $142,164.67 | $10,255 | $131,909.33 |
| ROSH | $149,976 | $149,976.00 | $93,114.60 | $6,717 | $86,397.59 |
| SIW | $58,136 | $58,136.00 | $36,094.51 | $2,604 | $33,490.76 |
| chi | $16,542 | $16,542.00 | $10,270.32 | $741 | $9,529.45 |
| AMEC | | | | | |
| | | | | | |
| Subs total | | $1,543,259.00 | | | |
| | | | $0.00 | | |
| AMEC | $212,509 | $212,509.00 | $131,939.05 | $9,518 | $122,421.36 |
| 2.32% overhead | | | $0.00 | | |
| 10% profit | | | $0.00 | | |
| | | | $0.00 | | |
| | | | $0.00 | | |
| Subs & AMEC | | $1,755,768.00 | | | |
| | | | $0.00 | | |
| 10% commission on subs | | | $0.00 | | |
| 1.062% ins & bond | | | $0.00 | | |
| | | | | | |
| Total Submitted | | $1,755,768.00 | | | |
| | | | | | |
| Total Settled | | $1,090,092.00 | $1,090,092.00 | | |
| | | | | | |
| % settlement | | 0.620863349 | | | |

**% of Delay & LD's**

| Sub | Amount | | | % of delay |
|---|---|---|---|---|
| | Delay | LDs | | |
| J. J. Kirlin Delay/Acceleration claim dated 1/10/03 | $1,977,948 | $635,238 | $2,613,186 | 19.66% |
| Lorton Contracting Delay/Acceleration claim dated 11/22/02 | $367,395 | $92,927 | $460,322 | 3.46% |
| Rosh Construction Delay/Acceleration claim dated 3/18/02 | $403,968 | $38,618 | $442,586 | 3.33% |
| Calvert Masonry Delay/Acceleration claim dated 11/18/02 | $87,184 | $82,810 | $169,994 | 1.28% |
| National Fire Protection Delay/Acceleration claim dated 12/23/02 | $549,700 | $47,195 | $596,895 | 4.49% |
| Curtis Equipment Delay/Acceleration claim dated 12/13/02 | $251,710 | $10,875 | $262,585 | 1.98% |
| Collins and Aikman Delay/Acceleration claim dated 10/14/02 | $39,375 | $35,304 | $74,679 | 0.56% |
| Singleton Electric Delay/Acceleration claim dated 12/16/02 | $1,356,055 | $522,517 | $1,878,572 | 14.13% |
| K C Industries Delay/Acceleration claim dated 10/17/02 | $24,094 | $59,777 | $83,871 | 0.63% |
| C. J. Coakley Delay/Acceleration claim dated 12/10/02 | $811,759 | $225,991 | $1,037,750 | 7.81% |
| BPI Mechanical Delay/Acceleration claim dated 6/5/02 | $2,038,218 | $31,273 | $2,069,491 | 15.57% |
| Superior Iron Works Delay claim dated 1/3/03 | $163,745 | $52,831 | $216,576 | 1.63% |
| CHI | | $44,950 | $44,950 | 0.34% |
| NSC | | | | |
| FDN | | $7,735 | $7,735 | 0.06% |
| CSS | | $2,480 | $2,480 | 0.02% |
| Canning | | $11,209 | $11,209 | 0.08% |
| DA | | $36,381 | $36,381 | 0.27% |
| Expanko | | $2,449 | $2,449 | 0.02% |
| Key | | $6,355 | $6,355 | 0.05% |
| W&S | | $20,185 | $20,185 | 0.15% |
| Subtotal | $8,071,151 | $1,967,100 | | |
| AMEC | $2,832,042 | $267,472 | $3,099,514 | 23.32% |
| Total | $10,903,193 | $2,389,572 | $13,292,765 | 100.00% |