CO-386-online
10/03

# United States District Court
# For the District of Columbia

ROSH CONSTRUCTION, INC.           )
                                  )
                                  )
                                  )
                                  )
              Plaintiff           )     Civil Action No._____
         vs                       )
                                  )
AMEC CONSTRUCTION                 )
MANAGEMENT, INC.                  )
                                  )
              Defendant           )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  Plaintiff ROSH Construction, Inc.  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  ROSH Construction, Inc.  which have any outstanding securities in the hands of the public:

**NONE.**

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

196097
BAR IDENTIFICATION NO.

Philip C. Jones
Print Name

BELL, BOYD & LLOYD, LLP, 1615 L Street, NW # 1200
Address

Washington      DC        20036
City            State     Zip Code

_____
Phone Number