UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROSH CONSTRUCTION, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMEC CONSTRUCTION )<br>MANAGEMENT, INC. )<br>)<br>Defendant. )<br>)<br>_____) | Civil Action No.: 1:07-cv-00876-HHK |

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for AMEC Construction Management, Inc., certify that to the best of my knowledge and belief, AMEC Construction Management, Inc., a Delaware corporation, is a wholly owned subsidiary of AMEC PLC, a company that is publicly traded on the London Stock Exchange.

These representations are made in order that judges of this Court may determine the need for recusal.

/s/ Byron L. Pickard
_____
Barbara G. Werther (D.C. Bar No. 259879)
Byron L. Pickard (D.C. Bar No. 499545)
Thelen Reid Brown Raysman & Steiner LLP
701 Eighth Street, N.W.
Washington, D.C. 20001
Telephone: (202) 508-4000
Facsimile: (202) 508-4321

Counsel for AMEC Construction Management, Inc.