IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROSH CONSTRUCTION, INC., | ) |
| Plaintiff, | ) |
| v. | ) No. 1:07-cv-00876-HHK |
| AMEC CONSTRUCTION MANAGEMENT, INC. | ) |
| Defendant. | ) |

## CONSENT ORDER

The parties hereby state and consent that they have agreed that Plaintiff Rosh Construction, Inc. shall have until August 2, 2007 to file its opposition to Defendant AMEC Construction Management, Inc.'s motion to dismiss (Docket Entry No. 3). The parties request this extension because they are in the process of negotiating a settlement to this action.

THEREFORE, in consideration of the agreement and representations of the parties, it is hereby

ORDERED, that Plaintiff Rosh Construction, Inc. shall have until August 2, 2007 to file its opposition to Defendant AMEC Construction Management, Inc.'s motion to dismiss.

Dated:_____                              _____
                                                  United States District Judge

WE ASK FOR THIS:

_____          _____
Michael J. Schrier, DC Bar #444693        Barbara G. Werther, DC Bar # 259879
Phillip C. Jones, DC Bar # 196097         Byron L. Pickard, DC Bar # 499545
BELL, BOYD & LLOYD LLP                    THELEN REID BROWN RAYSMAN
1615 L Street, NW. Ste. 1200                  & STEINER LLP
Washington, DC 20036                      701 8th Street, NW
202-955-6821 tel.                         Washington, DC 20001
202-835-4135 fax                          202-508-4000 tel.
mschrier@bellboyd.com                     202-508-4321 fax.
                                          bpickard@thelen.com

Attorneys for Plaintiff                   Attorneys for Defendant

107388/F/1