IN THE UNITED STATES DISTRICT CIRCUIT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROSH CONSTRUCTION, INC.<br>Plaintiff, | )<br>)<br>) |
| v. | )   No. 1:07-CV-00876-HHK<br>) |
| AMEC CONSTRUCTION MANAGEMENT, INC.<br>Defendant. | )<br>)<br>) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff ROSH CONSTRUCTION, INC. and Defendant AMEC CONSTRUCTION MANAGEMENT, INC. have resolved all of the issues between them in the above-captioned matter, and have entered into a binding settlement agreement. All parties to this action hereby stipulate, pursuant to Fed.R.Civ.P. 41(a)(1)(ii) that they wish to dismiss all claims in the above-captioned matter, with prejudice, with each party to bear its own costs and attorneys' fees.

| ROSH CONSTRUCTION, INC. | AMEC CONSTRUCTION MANAGEMENT, INC. |
|---|---|
| By Counsel: | By Counsel: |
| *[signature]* | *[signature]* |
| Michael J. Schrier, DC Bar #444693<br>Phillip C. Jones, DC Bar # 196097<br>BELL, BOYD & LLOYD LLP<br>1615 L Street, NW. Ste. 1200<br>Washington, DC 20036<br>202-955-6821 tel.<br>202-835-4135 fax<br>mschrier@bellboyd.com | Barbara G. Werther, DC Bar # 259879<br>Byron L. Pickard, DC Bar # 499545<br>THELEN REID BROWN RAYSMAN<br>    & STEINER LLP<br>701 8th Street, NW<br>Washington, DC 20001<br>202-508-4000 tel.<br>202-508-4321 fax.<br>bpickard@thelen.com |
| Attorneys for Plaintiff | Attorneys for Defendant |