UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROSH CONSTRUCTION, INC.**<br><br>    Plaintiff,<br><br>vs.<br><br>**AMEC CONSTRUCTION MANAGEMENT, INC**<br><br>    Defendant. | **Civil Action 07-0876 (HHK)** |

## ORDER OF DISMISSAL

The parties have filed a stipulation [#6] that the above-referenced action be dismissed with prejudice. Accordingly, it is, this 30th day of October , 2007, hereby

**ORDERED** that this action is **DISMISSED** with prejudice.

Henry H. Kennedy, Jr.
United States District Judge